**No. 52766.**—American Cyanamid Co. *v.* United States, protest 142870–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

BEFORE THE SECOND DIVISION, DECEMBER 22, 1948

**No. 52767.**—Rolex Watch Co., Inc., et al. *v.* United States, protests 137866–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52768.**—R. H. Macy & Co., Inc., et al. *v.* United States, protests 631051–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.